BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00224-KJM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| LUIS GUZMAN, | |
| Defendant. | |

WHEREAS, on or about January 27, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between the United States and defendant Luis Guzman, and the Stipulation and Application for Preliminary Order of Forfeiture forfeiting to the United States the following property:

      a.      Approximately $2,500.00 in U.S. Currency.

AND WHEREAS, beginning on January 29, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individual who is known to have an alleged interest in the above-described property:

1

1        a.     Abril Anguino:  A notice letter was sent via certified mail to Abril Anguino at 841

2 Grant Street, Apt. 2, Vallejo, California, 94590 on January 28, 2015.  The PS Form 3811 (certified mail

3 "green card" showing delivery of mail) was signed for on January 31, 2015.

4        AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

5 property, and the time for any person or entity to file a claim has expired.

6        Accordingly, it is hereby ORDERED and ADJUDGED:

7        1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title,

8 and interest in the above-listed property pursuant to 21 U.S.C. § 853(a),  including all right, title, and

9 interest of Luis Guzman and Abril Anguino whose rights to the above-listed property are hereby

10 extinguished.  The above-listed property shall be disposed of according to law.

11        2.     All right, title, and interest in the above-listed property shall vest solely in the name of the

12 United States of America.

13        3.     The U.S. Marshals Service shall maintain custody of and control over the subject

14 property until it is disposed of according to law.

15        SO ORDERED this 7th day of May, 2015.

16

17 _____

      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture